# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAWRENCE G. RYCKMAN | § | |
| | § | No. 278, 2015 |
| Judgment Debtor Below, | § | |
| Appellant, | § | Court Below - Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| ALBERTA SECURITIES | § | No. N13J-02847 |
| COMMISSION, | § | |
| | § | |
| Judgment Creditor Below, | § | |
| Appellee. | § | |

Submitted: November 4, 2015
Decided: November 5, 2015

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## ORDER

This 5th day of November 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated May 5, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice